## UNITED STATES, Plaintiff, v. GREAT LAKES PIPE LINE COMPANY, Defendant.

### Civil Action 183.

District Court, D. Delaware.

Jan. 10, 1941.

Thurman Arnold, Asst. Atty. Gen., Mac Asbill and W. B. Watson Snyder, Sp. Assts. to Atty. Gen., H. Douglas Weaver, Sp. Atty., of Washington, D. C., and Stewart Lynch, U. S. Atty., of Wilmington, Del., for plaintiff.

Dan Moody, of Austin, Tex., James J. Cosgrove, of Ponca City, Okl., and Clarence A. Southerland (of Southerland, Berl,

Potter & Leahy), of Wilmington, Del., for defendant.

Before BIGGS, CLARK, and JONES, Circuit Judges.

### PER CURIAM.

The questions raised by the motion to dismiss the petition in the case at bar are disposed of by our opinion filed this day in the case of United States of America, Plaintiff, v. Phillips Petroleum Company and Phillips Pipe Line Company, Defendants, 36 F.Supp. 480.

Accordingly, the motion to dismiss is denied.